UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| FLORENCE CAPITAL ADVISORS, LLC, ) | |
| ) | |
| Plaintiff, ) | Case No. |
| ) | |
| v. ) | |
| ) | **COMPLAINT** |
| MATTHEW S. ZEIGER  in his capacity as ) | |
| Trustee of the LINDEN WEST TRUST, ) | |
| ) | |
| Defendant. ) | |

## **INTRODUCTION**

Plaintiff Florence Capital Advisors, LLC ("Florence"), by and through its attorneys Davis Wright Tremaine LLP, files this Complaint against Matthew S. Zeiger, in his capacity as the Trustee of the Linden West Trust ("Linden West"), arising from Linden West's breach of a contract under which it agreed to compensate Florence for investment advisory services. Based upon due diligence research by and advice from Florence, Linden West purchased approximately $1.6 million worth of the stock of CoreWeave, Inc. ("CoreWeave"). That stock is now worth approximately $354 million.

Linden West monetized a portion of its CoreWeave holdings in a recent tender offer, receiving a gross payment of $71,172,982 for the shares it sold.  Under the plain terms of Linden West's written agreement with Florence, Linden West owes Florence a fee of $6,917,298.28 as a result of this monetization.  Linden West has refused to honor its contractual obligation. Florence sues for damages in the amount of the unpaid fee.

1

## PARTIES

1. Plaintiff Florence Capital Advisors, LLC is a New York limited liability company with its principal place of business in the State of New York. The sole members of Florence are Gregory Hersch and Nicole Hersch, both of whom reside in and are citizens of the State of New York. Accordingly, for purposes of diversity of citizenship jurisdiction, Florence is a citizen of the State of New York.

2. Defendant Matthew S. Zeiger ("Zeiger") is the trustee of the Linden West Trust, and is sued herein solely in that capacity. Upon information and belief, Zeiger is a resident and citizen of the State of Ohio. Linden West is a trust created in or about September 2013 by Leslie Wexner, a resident and citizen of the State of Ohio for the benefit of his four children: Sarah Wexner ("Sarah"), Hannah Wexner ("Hannah"), David Wexner ("David") and Harry Wexner ("Harry"). On information and belief, Sarah is a resident and citizen of the State of California; Hannah and David are residents and citizens of the State of Ohio, and Harry is a resident and citizen of the State of Colorado. Accordingly, for purposes of diversity of citizenship jurisdiction, Linden West is a citizen of the States of California, Colorado and Ohio.

## JURISDICTION AND VENUE

3. This Court has jurisdiction over this matter pursuant to 28 U.S.C. § 1332 because Florence and Linden West are citizens of different states and the amount in controversy exceeds the sum of $75,000, exclusive of interest and costs.

4. Venue is proper in this jurisdiction because the services performed pursuant to the contract at issue were performed in New York.

**FACTUAL ALLEGATIONS**

5.     In 2015, Linden West engaged Florence to provide wealth management services, including researching and recommending potential investments in privately held companies with the potential for significant appreciation in value.

6.     Among the investments that Florence recommended to Linden Trust was CoreWeave, a privately held artificial intelligence cloud infrastructure company.

7.     Based upon Florence's recommendation, in 2019, Linden West invested $1 million in CoreWeave, purchasing what were known as "Seed Shares."  Based on Florence's recommendations, Linden West made subsequent investments in CoreWeave, purchasing Series A shares in June 2020 and purchasing a convertible note valued in January 2021, which converted into Series B-1 Shares in April of 2023 upon the closing of CoreWeave's Series B equity financing.  In total, based on Florence's recommendations, Linden West made investments of approximately $1.6 million in CoreWeave.

8.     In 2023, CoreWeave conducted a tender offer in which it offered existing investors the opportunity to sell a portion of their CoreWeave stock to institutional investors at a designated price.

9.     The tender offer was completed on November 20, 2023.  Based upon the price per share of the tender offer, Linden West's total stock holdings in CoreWeave, which were purchased for a total of approximately $1.6 million, were valued at **$353,985,965.34** as of the date of the tender offer. This represents a total return on all three investments of 22,122% and a total profit of more than **$352 million**.

10.     In November 2023, Linden West chose to monetize a portion of its CoreWeave holdings by participating in the tender offer. Linden West sold a portion of the Seed Shares it

3

purchased in 2019 for $1 million, receiving gross proceeds of $71,172,982. Linden West retained a total stake in CoreWeave valued at over $282 million with the potential for far more appreciation, particularly in the event that CoreWeave becomes a publicly traded company.

11.    On August 25, 2022, Florence and Linden West entered into a written contract (the "Agreement") regarding the compensation that Linden West owed to Florence in connection with Linden West's investment in CoreWeave. A copy of the Agreement, which was signed by Zeiger on behalf of Linden West, is annexed as Exhibit A. The parties expressly agreed that the Agreement superseded all prior agreements and constituted the entire agreement between the parties pertaining to the compensation that Linden West owed to Florence.

12.    Pursuant to paragraph 3(c) of the Agreement, Linden West agreed to pay Florence "a fee equal to 10% of the return greater than two times [Linden West's] invested capital, payable upon [Linden West's] monetization of the investment. If [Linden West] monetizes the investment in parts, after [Linden West] realizes a return of two times its invested capital Florence will be entitled to the first proceeds of the investment up to the amount that is 10% of [Linden West's] investment, and thereafter Florence will be entitled to 10% of all further monetized returns."

13.    Accordingly, pursuant to the Agreement, Florence was not entitled to any fee with respect to the CoreWeave investment unless Linden West at least doubled its money in a monetization event.

14.    Linden West did much better than a 200% return. Linden West received an almost unimaginable 30,986% return on its original investment in CoreWeave Seed Shares, with significantly more appreciation anticipated in the future on the remainder of its approximately $282 million in holdings of CoreWeave stock.

4

15.     Linden West monetized about 23% of its CoreWeave Seed Shares in the tender offer. This was far more than enough to earn realized gains in excess of two times its invested capital of $1 million in the Seed Shares. Under paragraph 3(c) of the Agreement, Linden West promised to pay Florence a fee equal to 10 percent of the return in excess of two times its invested capital.  Linden West received **$71,172,982** for the CoreWeave Seed Shares it sold. Subtracting $2 million from those returns (two times Linden West's invested capital of $1 million), leaves $69,172,982.  Ten percent of that figure is $6,917,298.28.

16.     Pursuant to the clear terms of the Agreement, based on Linden West's sale of a portion of its Seed Shares of CoreWeave shares for $71,172,982, Linden West owes Florence a fee of $6,917,298.28.   Under paragraph 3(c) of the Agreement, the fee that Linden West promised to pay to Florence became "payable upon [Linden West's] monetization of the investment."

17.     In December 2023, Florence sent an invoice to Linden West requesting payment of the fee attributable to the monetization.

18.     Linden West refused to pay the fee to Florence.

## COUNT I
### (Breach of Contract)

19.     Florence restates and realleges the allegations in Paragraphs 1 through 18 of the Complaint as if fully set forth herein.

20.     On August 25, 2022, Florence and Linden West entered into the Agreement.

21.     The Agreement is a binding and enforceable contract.

22.     Florence fulfilled all of its obligations under the Agreement.

23. Section 3(c) of the Agreement provides the formula to calculate the fee Linden West owes to Florence in connection with the CoreWeave investment.

24. Linden West invested approximately $1.6 million of capital, including $1 million in Seed Shares, in CoreWeave.

25. Linden West monetized the investment in part, selling a portion of the Seed Shares it purchased and realizing a gross return of $71,172,982.

26. Based on the formula in the Agreement, Linden West is contractually obligated to pay a fee to Florence of $6,917,298.28

27. Linden West breached the Agreement by refusing to pay the fee.

28. Florence has sustained damages of $6,917,298.28 as a result of Linden West's breach of the Agreement.

## REQUEST FOR RELIEF

WHEREFORE, Florence respectfully requests that the Court:

A. Enter judgment in favor of Florence and against Linden West under Count I of the Complaint and award damages to Florence in an amount of $6,917,298.28, plus pre-judgment and post-judgment interest and costs; and

B. Award such other relief as the Court deems just and proper.

Dated: February 14, 2024      Respectfully submitted,

DAVIS WRIGHT TREMAINE, LLP

By: _/s/Theodore R. Snyder _____
     Theodore R. Snyder
     1251 Avenue of the Americas
     21st Floor

New York, NY 10020
Telephone:  (212) 880-3976
tedsnyder@dwt.com

Cameron S. Matheson
4870 Sadler Road, Suite 301
Glen Allen, VA  23060
Telephone: (804) 762-5332
cameronmatheson@dwt.com

*Attorneys for Plaintiff*
*Florence Capital Advisors, LLC*