UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| FLORENCE CAPITAL ADVISORS, LLC,<br><br>    Plaintiff and Counterclaim Defendant,<br><br>-v.-<br><br>MATTHEW S. ZEIGER,<br><br>    Defendant, Counterclaim Plaintiff, and Third-Party Plaintiff,<br><br>-v.-<br><br>GREGORY A. HERSCH et al.,<br><br>    Third-Party Defendants. | 24 Civ. 01094 (JHR)<br><br>ORDER |

JENNIFER H. REARDEN, District Judge:

    For the reasons stated on the record at the October 14, 2025 conference, Defendant-Counterclaim Plaintiff and Third-Party Plaintiff Matthew S. Zeiger's motion to strike, ECF No. 36, is denied. By **October 20, 2025**, the parties shall meet and confer and file a joint letter proposing next steps for discovery.

    The Clerk of Court is directed to terminate ECF No. 42.

    SO ORDERED.

Dated: October 17, 2025
       New York, New York

                                                    JENNIFER H. REARDEN
                                                    United States District Judge