UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

FLORENCE CAPITAL ADVISORS, LLC,

                Plaintiff,

    -against-

MATTHEW S. ZEIGER, in his capacity as the
Trustee of the Linden West Trust,

           Defendant.

24-CV-1094 (LTS) (RFT)

**ORDER**

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

As discussed at the conference held on January 20, 2026, the parties shall file a proposed case management order by **January 28, 2026**; and the parties shall file a joint update on the status of discovery and the status but not the substance of settlement efforts by **February 17, 2026**.

Dated: January 20, 2026
      New York, NY

SO ORDERED,

**ROBYN F. TARNOFSKY**
**United States Magistrate Judge**