UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

FLORENCE CAPITAL ADVISORS, LLC,

               Plaintiff,

   -against-

MATTHEW S. ZEIGER, in his capacity as the
Trustee of the Linden West Trust,

              Defendant.

24-CV-1094 (LTS) (RFT)

**ORDER**

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

Pending before the Court is Plaintiff's motion to compel discovery (ECF 83). For the reasons set out at the discovery conference held on April 24, 2026, the motion is GRANTED IN PART, in that Defendant shall produce documents sufficient to show the sale of the covered call options. The Clerk of Court is respectfully requested to terminate ECF 83.

Dated: April 24, 2026
     New York, NY

SO ORDERED,

_____
**ROBYN F. TARNOFSKY**
**United States Magistrate Judge**