UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------x

FLORENCE CAPITAL ADVISORS, LLC,

        Plaintiff and Counterclaim Defendant,

    -v-

MATTHEW S. ZEIGER in his capacity as
trustee of the LINDEN WEST TRUST,

        Defendant, Counterclaim Plaintiff,
        and Third-Party Plaintiff.

    -v-

GREGORY A. HERSCH, WOLLMUTH MAHER
& DEUTCH LLP, and BRAD K. AXELROD,

        Third Party Defendants.

----------------------------------------------------------x

No.    24-CV-01094-LTS-RFT

## ORDER

    The Court is in receipt of the Stipulated Dismissal Without Prejudice As To Certain Parties.  (Docket entry no. 90.)  The remaining parties are hereby directed to promptly meet and confer and to file a joint status update, **within 30 days** after the entry of this Order, addressing whether the Court has jurisdiction of the remaining third-party claims.

    SO ORDERED.

Dated: New York, New York
      June 4, 2026

                    /s/ Laura Taylor Swain
                    LAURA TAYLOR SWAIN
                    Chief United States District Judge