UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

FLORENCE CAPITAL ADVISORS, LLC,

Plaintiff / Counterclaim Defendant,

-against-

HIGHLANDS PTC LLC, in its capacity as the Trustee of the Linden West Trust,

Defendant / Counterclaim Plaintiff.

HIGHLANDS PTC LLC, in its capacity as the Trustee of the Linden West Trust,

Third-Party Plaintiff,

-against-

BRAD J. AXELROD, et. al.,

Third-Party Defendants

24-CV-1094 (LTS) (RFT)

**ORDER**

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

As discussed at the discovery conference held on August 13, 2026, the parties shall (1) meet and confer further on search terms; (2) determine the number of unique document mention the Hersh clients; (3) discuss options for a categorical privilege log; and (3) provide a joint update to the Court by **5:00 pm on Tuesday, August 25, 2026** on the cost and time it would take to review the narrowed pool of documents. The Clerk of Court is respectfully requested to terminate ECF 100.

Dated: August 13, 2026
New York, NY

SO ORDERED,

**ROBYN F. TARNOFSKY**
**United States Magistrate Judge**