UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

FLORENCE CAPITAL ADVISORS, LLC,

Plaintiff / Counterclaim Defendant,

-against-

HIGHLANDS PTC LLC, in its capacity as the Trustee of the Linden West Trust,

Defendant / Counterclaim Plaintiff.

HIGHLANDS PTC LLC, in its capacity as the Trustee of the Linden West Trust,

Third-Party Plaintiff,

-against-

BRAD J. AXELROD, et. al.,

Third-Party Defendants

24-CV-1094 (LTS) (RFT)

**ORDER**

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

As discussed at the discovery conference held on August 28, 2026:

1. Axelrod and Wollmuth shall produce documents through the date of collection.
2. Axelrod and Wollmuth shall for the time being not review documents for which the only hit is the name of other investors.
3. Axelrod and Wollmuth shall complete its document production and privilege log by **September 29, 2026**.
4. I do not at this time anticipate extending the deadline for completing fact discovery.

5. The parties shall provide joint updates on the status of discovery on **September 17, October 1, and October 15, 2026**.

Dated: August 28, 2026
New York, NY

SO ORDERED,

**ROBYN F. TARNOFSKY**
**United States Magistrate Judge**