UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| FLORENCE CAPITAL ADVISORS, LLC,<br><br>Plaintiff / Counterclaim Defendant,<br><br>-against-<br><br>HIGHLANDS PTC LLC, in its capacity as the Trustee of the Linden West Trust,<br><br>Defendant / Counterclaim Plaintiff. | 24-CV-1094 (LTS) (RFT) |
| HIGHLANDS PTC LLC, in its capacity as the Trustee of the Linden West Trust,<br><br>Third-Party Plaintiff,<br><br>-against-<br><br>BRAD J. AXELROD, et. al.,<br><br>Third-Party Defendants | **ORDER** |

**ROBYN F. TARNOFSKY, United States Magistrate Judge:**

As discussed at the conference held on October 23, 2026:

1. The parties are unable to coordinate filing joint updates on the status of discovery and so going forward, they shall file separate updates.

2. By close of business on **October 23, 2026**, Highlands PTC shall file a letter on the docket indicating how long it will take to get hit counts for the search terms proposed by Third Party Defendants, indicating which custodians' files will be subject to the search.

3. By **October 26, 2026**, Highlands PTC shall provide Third Party Defendants with its initial response to their proposed search terms and list of custodians.

Dated: October 23, 2026
New York, NY

SO ORDERED

ROBYN F. TARNOFSKY
UNITED STATES MAGISTRATE JUDGE